UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM A. LINTON AND STACY A. LINTON,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C08-227TSZ

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFFS WILLIAM A. LINTON AND STACY A. LINTON and on behalf of DEFENDANT UNITED STATES OF AMERICA in the unopposed amount of $2,514.94.

Entered this ___24th___ day of JULY , 2009 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1